**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26569-CIV-GAYLES**

**JUSTIN SAWYER,**

**Petitioner,**

**v.**

**WARDEN, KROME NORTH SERVICE PROCESSING CENTER,**

**Respondent.**
__________________________________/

## ORDER

**THIS CAUSE** comes before the Court on Respondent Warden of Krome North Service Processing Center's Motion to Dismiss as moot Petitioner Justin Sawyer's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Motion"). [ECF No. 4]. For the reasons explained, the Motion to Dismiss is **DENIED**.

On September 22, 2026, Petitioner sought habeas relief in this Court, challenging the constitutionality of his continued immigration detention at the Krome North Service Processing Center in Miami, Florida since March 13, 2026. *See generally* Pet. Specifically, he argues that his detention "bears no reasonable relationship to any legitimate purpose, as his removal is not reasonabl[y] foreseeable," and therefore offends the Due Process Clause of the Fifth Amendment. *Id.* at 6. He seeks only his immediate release from the custody of U.S. Immigration and Customs Enforcement (ICE). *Id.* at 7.

Respondent filed the Motion to Dismiss that same day. The Motion contends that no live controversy exists here because the Honorable William Dimitrouleas granted Petitioner's initial § 2241 petition in part and afforded him an individualized bond hearing on May 29, 2026. Mot. at 1 (citing *Sawyer v. Assistant Field Off. Dir.*, No. 26-22327-CV, 2026 WL 1506020 (S.D. Fla. May

29, 2026)). Petitioner received a bond hearing before the immigration court on June 9, 2026. *Id.* (citing Order of Immigration J. [ECF No. 4-1]). There, an immigration judge denied Petitioner bond, finding that he "failed to establish that he does not pose a danger to others given the nature of his criminal background[.]" [ECF No. 4-1 at 1]. Petitioner reserved his right to appeal the immigration judge's decision; the deadline to file an appeal expired on July 9, 2026, and there is no evidence that Petitioner ever pursued an appeal. Resp. at 2. Therefore, the immigration judge's denial of bond is "final, [and] there is nothing for the Court to remedy." *Id.* (citing *Spencer v. Kemna*, 523 U.S. 1, 17 (1998)).

But nowhere in the Petition, does Petitioner challenge the denial of bond or seek an additional bond hearing as a form of relief. Rather, Petitioner raises a constitutional challenge to his continued detention in ICE custody, asserting that he has been detained for approximately seven months and that "his removal is not reasonabl[y] foreseeable." Pet. at 6; *see also Jennings v. Rodriguez*, 583 U.S. 281 (2018). The fact that Petitioner previously received an individualized bond hearing is immaterial to the constitutional claims he now advances. These claims warrant a more complete briefing by Respondent before the Court can adequately assess the merits of the Petition.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Respondent's Motion to Dismiss [ECF No. 4] is **DENIED**.
2. Within **five days of the date of this Order**, Respondent shall file a memorandum of fact and law to show cause why this Petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of the Petition.
3. Respondent shall serve his response and any accompanying documents on Petitioner.
4. Petitioner may, but is not required to, file a reply **within five days from the date of Respondent's Response**.

5. To preserve the status quo and the Court's jurisdiction, Respondent shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) (granting "temporary injunctive relief" against removal to preserve the court's jurisdiction while adjudicating the merits of the case).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of October, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

**Justin Sawyer**
A201-958-948
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
*PRO SE*